845 A.2d 772

COMMONWEALTH of Pennsylvania, Appellant,

v.

Roy D. WAGNER, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Karl Baker, Philadelphia, for Defender Assoc. of Philadelphia, American Civil Liberties Union of PA., et al.

J. Karen Arnold, Bellefonte, for appellant.

Robert H. Bascom, Harrisburg, for Roy D. Wagner.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Centre County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).